IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-335-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAMARION QUABEN BURTON, ) | |
| ) | |
| Defendant. ) | |

The court DENIES defendant's motion to dismiss the indictment [D.E. 40]. The Second Amendment does not bar the indictment. See, e.g., United States v. Hunt, 123 F.4th 697, 701–08 (4th Cir. 2024), cert. denied, ___ S. Ct. ___, 2025 WL 1549804 (2025); United States v. Canada, 123 F.4th 159, 160–62 (4th Cir. 2024). The court also DENIES defendant's motion to strike the statutory enhancement under 18 U.S.C. § 924(c) [D.E. 41]. See, e.g., United States v. Dinkins, 928 F.3d 349, 354–59 (4th Cir. 2019).

SO ORDERED. This 2 day of September, 2025.

JAMES C. DEVER III
United States District Judge