IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-335-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JAMARION QUABEN BURTON, | ) | |
| | ) | |
| Defendant. | ) | |

With the consent of the parties, the trial in this case shall begin on Monday, April 26, 2027, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The delay will permit the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including issuing trial subpoenas, preparing witnesses and exhibits, providing expert disclosures, and filing voir dire questions and jury instructions. See id. § 3161(h)(7)(A), (B)(i)–(ii), (iv).

All expert disclosures under Federal Rule of Criminal Procedure 16 must be filed not later than March 19, 2027. See Fed. R. Crim. P. 16(a)(1)(F)–(G), 16(b)(1)(B)–(C).

SO ORDERED. This 18 day of September, 2026.

JAMES C. DEVER III
United States District Judge